## HUNTER v. RAMSAY. (No. 2.)

(Supreme Court, Appellate Division, Second Department. May 14, 1915.)

Appeal from Special Term, Dutchess County.

Action by Carrie R. Hunter against Grace S. Ramsay, individually and as administratrix. From an order, defendant appeals. Reversed.

Argued before JENKS, P. J, and THOMAS, CARR, RICH, and PUTNAM, JJ.

Jacob H. Shaffer, of New York City (Cornelius A. Baldwin, of New York City, on the brief), for appellant.

George Card, of Poughkeepsie (Walter Farrington, of Poughkeepsie, on the brief), for respondent.

PER CURIAM. Inasmuch as the order to which this order is related is reversed, this order is also reversed, without costs, and motion denied, without costs, and defendant permitted to answer in conformity with the decision in Appeal No. 1, 153 N. Y. Supp. 408.